IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER SCOTT STRICKLAND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MERCK & CO., INC. and MERCK & CO., ) <br> INC. MEDICAL, DENTAL, AND ) <br> LONG-TERM DISABILITY PROGRAM ) <br> FOR NON-UNION EMPLOYEES, ) <br> ) <br> Defendants. ) | No. 3:11-cv-00444 <br> Judge Nixon |

## ORDER

The parties to this action have filed a Rule 41 Stipulation of Dismissal with Prejudice. (Doc. No. 33.) They state that their stipulation to dismiss the lawsuit "does not preclude Plaintiff from filing a future lawsuit for long term disability benefits or ancillary benefits under the Plan for any claim that arose or accrued after February 28, 2011, following exhaustion of administrative remedies under the Plan." (*Id.*) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED with prejudice**. The Court **DIRECTS** the Clerk to close the case.

It is so ORDERED.

Entered this \_\_\_27th\_\_\_ day of March, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT